John B. Sganga, Jr. (Bar No. 116211)
jsganga@kmob.com
John W. Holcomb (Bar No. 172121)
jholcomb@kmob.com
Nicholas M. Zovko (Bar No. 238248)
nicholas.zovko@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Attorneys for Plaintiff INOGEN, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| INOGEN, INC., a Delaware corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>INOVA LABS, INC., a Delaware corporation,<br><br>         Defendant. | Case No. 8:11-CV-1692 JST (ANx)<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF INOGEN, INC. TO DISMISS DEFENDANT'S INEQUITABLE CONDUCT COUNTERCLAIM**<br><br>Date:   March 19, 2012<br>Time:   10:00 a.m.<br>Ctrm.:   10A<br><br>Hon. Josephine Staton Tucker |
| INOVA LABS, INC., a Delaware corporation,<br><br>         Counterclaimant,<br><br>    v.<br><br>INOGEN, INC., a Delaware corporation,<br><br>         Counterdefendant. | |

1  PLEASE TAKE NOTICE THAT on Monday, March 19, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff INOGEN, INC. ("Plaintiff") will and hereby does move for an order dismissing the inequitable conduct claim in the Counterclaim of Defendant INOVA LABS, INC. ("Defendant"), pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is based upon this Notice of Motion; the Memorandum of Points and Authorities filed concurrently herewith and the [Proposed] Order Granting this Motion lodged concurrently herewith; any subsequently filed Reply Papers; any matter of which the Court may take judicial notice; the pleadings and documents of record in this action; the oral argument of counsel (if any); and any other or further matters as may properly be presented to the Court prior to or at the hearing on this Motion. This Motion seeks the entry of the [Proposed] Order Granting this Motion lodged concurrently herewith.

**STATEMENT OF COMPLIANCE WITH L.R. 7-3**

Plaintiff makes this Motion following the Conference of Counsel pursuant to L.R. 7-3, which took place on February 8, 2012.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 17, 2012        By: /s/ *John B. Sganga, Jr.*
                                        John B. Sganga, Jr.
                                        John W. Holcomb
                                        Nicholas M. Zovko
                                        Attorneys for Plaintiff INOGEN, INC.

12751348_1

-1-