ERIC B. MEYERTONS
DWAYNE K. GOETZEL
RYAN T. BEARD
emeyertons@intprop.com; dgeotzel@intprop.com; rbeard@intprop.com
MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL
1120 South Capital of Texas HWY
Building 2, Suite 300
Austin, Texas 78746
Tel: (512) 853-8800 / Fax: (512) 853-8801

MICHAEL J. GROBATY
CHRISTOPHER L. PITET
mgrobaty@grobatypitet.com; cpitet@grobatypitet.com
GROBATY & PITET LLP
100 Bayview Circle, Suite 210
Newport Beach, California 92660
Tel: (949) 502-7755 / Fax: (949) 502-7762

*Attorneys for Defendant*
Inova Labs, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INOGEN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INOVA LABS, Inc., <br><br> Defendant. | Case No. SACV11-1692 JST (Anx) <br><br> NOTICE OF ERRATA RE: INOVA'S REPLY IN SUPPORT OF THE MOTION FOR STAY PENDING OUTCOME OF REEXAMINATION [DKT. NO. 36] <br><br> Hearing Date: March 19, 2012 <br> Hearing Time: 10:00 am <br> Place: Courtroom 10A <br> Santa Ana <br> Hon. Josephine Staton Tucker |

1

Inova Labs, Inc. ("Inova") files this notice of errata to correct a statement made in its *Reply in Support of Its Motion for Stay Pending Outcome of Reexamination*. Inova filed its brief on March 5, 2012 as Docket Entry No. 36.

After Inova filed its reply, the United States Patent and Trademark Office issued a "Notice of *Inter Partes* Reexamination Request Filing Date" for both asserted patents. *See* **Exhibit A**. The Notice for the '136 Patent states that: "A decision on the request for *inter partes* reexamination will be mailed within three months from the filing date of the request for *inter partes* reexamination."

Accordingly, please note that the following corrections have been made to Inova's reply [Dkt. No. 36]:

- Page 6, lines 16-21: <u>A filing date notice has been issued for both of the asserted patents and</u> ~~T~~the reexamination requests are now being considered by the Patent Office and, because most of the prior art was not previously considered by the Patent Office, and because this prior art is so relevant, it is highly likely such requests will be granted (approximately 95% of such requests are granted).

Attached hereto as **Exhibit B** is a complete copy of Inova's corrected reply.

| | | |
|---|---|---|
| 1 | Dated: March 15, 2012 | /s/ *Ryan T. Beard*_____ |
| 2 | | Eric B. Meyertons |
| 3 | | Dwayne K. Goetzel |
| | | Ryan T. Beard |
| 4 | | Michael J. Grobaty |
| 5 | | Christopher L. Pitet |
| 6 | | Attorneys for Inova Labs., Inc. |