

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the )
Calendar                             )   ORDER OF THE CHIEF JUDGE
                                     )
of                                   )
                                     )
                                     )   13-006
Judge Jesus G. Bernal                )
_____ )

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Jesus G. Bernal,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Josephine Staton Tucker to the calendar of Judge Jesus G. Bernal:

| | | | |
|---|---|---|---|
| CV 10 | 00387 | JST (SSx) | Tigran Topadzhikyan et al v. Glendale Police Deparment et al |
| CV 12 | 00697 | JST (SP) | Aaron Aguirre v. Gregory Lewis |
| CV 12 | 02643 | JST (JPRx) | Mavrix Photo Inc v. Intermedia Vibe Holdings LLC et al |
| CV 12 | 05831 | JST (VBK) | Leonard Mercardo v. R Dias |
| ED 11 | 02047 | JST (SS) | Dennis Delgado Morales v. Frank X Chavez |
| SA 11 | 00843 | JST (MLGx) | Fena Alexander v. American Express Company et al |
| SA 11 | 01330 | JST (ANx) | Vincent Forbes v. County of Orange et al |
| SA 11 | 01692 | JST (ANx) | Inogen Inc v. Inova Labs Inc |
| SA 11 | 01813 | JST (RNBx) | Therese Coppi v. City of Dana Point et al |
| SA 11 | 01851 | JST (ANx) | Christopher Rochlen v. United States of America et al |
| SA 12 | 00213 | JST (MLGx) | travisMathew LLC v. Leisure Society Unlimited LLC et al |
| SA 12 | 00786 | JST (JPRx) | Federal Deposit Insurance Corporation v. James Edward Heyward et al |
| SA 12 | 01608 | JST (ANx) | Peregrine Pharmaceuticals Inc v. Clinical Supplies Management Inc |

| | | |
|---|---|---|
| SA 12 01750 | JST (MLGx) | Sizzler USA Franchise Inc v. National Union Fire Insurance Company of Pittsburgh, PA et al |

DATED: January 7, 2013

_____
Chief Judge George H. King