John B. Sganga, Jr. (Bar No. 116211)
jsganga@kmob.com
John W. Holcomb (Bar No. 172121)
jholcomb@kmob.com
Nicholas M. Zovko (Bar No. 238248)
nicholas.zovko@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff INOGEN, INC.

Eric B. Meyertons
emeyertons@intprop.com
Dwayne K. Goetzel
dgeotzel@intprop.com
Ryan T. Beard
rbeard@intprop.com
MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL
1120 South Capital of Texas Hwy
Building 2, Suite 300
Austin, Texas 78746
Phone: (512) 853-8800 /
Facsimile: (512) 853-8801

Michael J. Grobaty (Bar No. 126140)
mgrobaty@grobatypitet.com
Christopher L. Pitet (Bar No. 196861)
cpitet@grobatypitet.com
GROBATY & PITET LLP
100 Bayview Circle, Suite 210
Newport Beach, California 92660
Phone: (949) 502-7755
Facsimile: (949) 502-7762

Attorneys for Defendant INOVA LABS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INOGEN, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INOVA LABS, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 8:11-CV-1692 JGB (ANx)<br><br>**JOINT STATUS REPORT**<br><br>Hon. Jesus G. Bernal |

1 Pursuant to the Court's Order dated April 2, 2014 ordering the parties to file a status update (Dkt. No. 41), Plaintiff Inogen, Inc. ("Inogen") and Defendant Inova Labs, Inc. ("Inova") submit the following joint report regarding the status of the pending *inter partes* reexamination proceedings. The reexamination proceedings for U.S. Patent Nos. 7,841,343 (the "'343 patent") and 6,605,136 (the "'136 patent") are currently pending before the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office.

With respect to the '343 patent, the patent examiner entered an action closing prosecution on October 12, 2012. The examiner confirmed the patentability of Claims 1-3, determined that new or amended Claims 5, 6, and 8-17 are patentable, and rejected Claims 4, 7, and 18-20. On February 12, 2013, Inova filed a notice of appeal to the PTAB with respect to Claims 1-3 and 8-17. The parties subsequently filed their respective appeal briefs. On March 19, 2014, the PTAB held an oral hearing, and both parties participated at the hearing. The parties are awaiting the PTAB's decision regarding Inova's appeal.

With respect to the '136 patent, the patent examiner entered an action closing prosecution on November 20, 2013. The examiner rejected Claims 1-4, 8-13, 15, 17, and 21-25. On February 18, 2014, Inogen filed a notice of appeal to the PTAB of the examiner's decision to adopt certain rejections of Claims 1-4, 8-13, 15, 17, and 21-25. On February 28, 2014, Inova filed a notice of cross-appeal of the examiner's decision not to adopt certain rejections of those same claims. The parties' respective opening appeal briefs are due later this month.

The parties expect they will request that the Court lift the stay after appeals have been exhausted in the reexamination proceedings. The precise timing of when the parties anticipate requesting that the Court lift the stay depends on whether the PTAB remands one or both reexamination proceedings

-1-

to the patent examiner, and whether either party appeals the PTAB's decisions to the United States Court of Appeals for the Federal Circuit.

If the Court has any questions or concerns, the parties invite the Court to schedule a status conference at the Court's earliest convenience.  In addition, if it would be helpful to the Court, the parties would be pleased to provide written status reports every six months to keep the Court informed of developments in the reexamination proceedings.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 18, 2014     By: /s/ *John B. Sganga, Jr.*
　　　　　　　　　　　　　　John B. Sganga, Jr.
　　　　　　　　　　　　　　John W. Holcomb
　　　　　　　　　　　　　　Nicholas M. Zovko

Attorneys for Plaintiff INOGEN, INC.

MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL

Dated: April 18, 2014     By: /s/ *Eric B. M Meyertons* (with permission)
　　　　　　　　　　　　　　Eric B. Meyertons
　　　　　　　　　　　　　　Dwayne K. Goetzel
　　　　　　　　　　　　　　Ryan T. Beard

　　　　　　　　　　　　　　GROBATY & PITET LLP
　　　　　　　　　　　　　　Michael J. Grobaty
　　　　　　　　　　　　　　Christopher L. Pitet

Attorneys for Defendant INOVA LABS, INC.

17695440