John B. Sganga, Jr. (Bar No. 116211)
john.sganga@knobbe.com
John W. Holcomb (Bar No. 172121)
john.holcomb@knobbe.com
Nicholas M. Zovko (Bar No. 238248)
nicholas.zovko@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Phone:  (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Plaintiff INOGEN, INC.

Eric B. Meyertons
emeyertons@intprop.com
Dwayne K. Goetzel
dgeotzel@intprop.com
Ryan T. Beard
rbeard@intprop.com
MEYERTONS, HOOD, KIVLIN,
        KOWERT & GOETZEL
1120 South Capital of Texas Hwy
Building 2, Suite 300
Austin, Texas 78746
Phone:  (512) 853-8800 /
Facsimile: (512) 853-8801

Michael J. Grobaty (Bar No. 126140)
mgrobaty@grobatypitet.com
Christopher L. Pitet (Bar No. 196861)
cpitet@grobatypitet.com
GROBATY & PITET LLP
100 Bayview Circle, Suite 210
Newport Beach, California 92660
Phone:  (949) 502-7755
Facsimile:  (949) 502-7762

Attorneys for Defendant INOVA LABS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INOGEN, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>INOVA LABS, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 8:11-CV-1692 JGB (ANx)<br><br>**JOINT STATUS REPORT**<br><br>Hon. Jesus G. Bernal |

This is a patent infringement action that is currently stayed pending reexamination proceedings at the United States Patent and Trademark Office. In response to the Court's Order dated September 16, 2015 (Dkt. No. 44), Plaintiff Inogen, Inc. ("Inogen") and Defendant Inova Labs, Inc. ("Inova") submit the following joint status report regarding the current status of reexamination proceedings for the asserted patents.

For the '343 patent, the United States Court of Appeals for the Federal Circuit affirmed the decision of the Patent Trial and Appeal Board ("PTAB"). The PTAB previously affirmed the examiner's decision not to adopt Inova's proposed rejections of Claims 1-3 and 8-17.  The Federal Circuit issued its formal mandate on June 15, 2015, and all of Inova's appeal rights have been exhausted.  Thus, the parties anticipate that procedurally the next step will be that the Patent Office will issue a reexamination certificate for the '343 patent.

For the '136 patent, the PTAB affirmed the examiner's decision to reject the claims at issue in the reexamination proceeding (*i.e.*, Claims 1-4, 8-13, 15, 17, and 21-25).  Inogen filed a request for rehearing of the PTAB's decision. On September 29, 2015, the PTAB entered a decision on Inogen's request for rehearing declining to modify its original decision.  Inogen now has an opportunity to file a notice of appeal with the Federal Circuit.

If the Court has any questions or concerns, the parties invite the Court to schedule a status conference at the Court's earliest convenience.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  October 2, 2015        By:  /s/ *Nicholas M. Zovko*
                                    John B. Sganga, Jr.
                                    John W. Holcomb
                                    Nicholas M. Zovko

Attorneys for Plaintiff INOGEN, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL


Dated:  October 2, 2015          By:  /s/ *Eric B. Meyertons* (with permission)
                                       Eric B. Meyertons
                                       Dwayne K. Goetzel
                                       Ryan T. Beard

                                       GROBATY & PITET LLP
                                       Michael J. Grobaty
                                       Christopher L. Pitet

                                 Attorneys for Defendant INOVA LABS, INC.